```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HA T. HOANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO.  4:24-cv-02564-KAW<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [PROPOSED] ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further consider the claimant's migraines at step two of the sequential evaluation;
- Take any further action needed to complete the administrative record; and
- Issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 3, 2024			By: /s/ *Harvey P. Sackett*
					HARVEY P. SACKETT
					(as authorized by email)
					Attorneys for Plaintiff


Dated: October 3, 2024			ISMAIL J. RAMSEY
					United States Attorney

				By:	/s/ *Erin Highland*
					ERIN HIGHLAND
					Special Assistant U.S. Attorney
					Office of Program Litigation, Office 7
					Attorneys for Defendant


In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.


IT IS SO ORDERED:

DATE: October 8, 2024		*[signature: Kandis Westmore]*
					THE HONORABLE KANDIS A. WESTMORE
					United States Magistrate Judge

Stip. to Remand, [4:24-cv-02564-KAW]			2